**Order entered January 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01407-CV

**CHRISTIAN CARE CENTERS, INC., Appellant**

**V.**

**REBECCA O'BANION AND JANIS L. WOOD, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF TEH ESTATE OF J.D. RICHMOND, DECEASED, Appellees**

On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-12201

## ORDER

We **GRANT** appellees/cross-appellants' January 6, 2014 unopposed motion to extend time to file reply to appellant's brief and cross-appellee's response brief. We **ORDER** the brief be filed no later than January 22, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE